UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| SHERRON M. WILSON,<br><br>Plaintiff,<br><br>v.<br><br>COLLECTO, INC. d/b/a EOS CCA,<br><br>Defendant. | Civil Action No. 4:18-cv-69<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff SHERRON M. WILSON as and for his Complaint herein respectfully alleges:

1. Plaintiff SHERRON M. WILSON ("Plaintiff") is a natural person alleged to owe a debt.

2. Defendant COLLECTO, INC. d/b/a EOS CCA ("EOS") is an Florida foreign corporation.

3. This action is pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

4. Jurisdiction is proper per 15 U.S.C. § 1692k(d); venue is proper per 28 U.S.C. § 1391(b)(1).

5. EOS collects consumer debt and is a "debt collector" as defined per 15 U.S.C. § 1692a(6).

6. On January 11, 2018, Plaintiff discovered an EOS $172 debt on 2 of his consumer reports.

7. The $172 EOS-debt on Plaintiff's consumer reports is about Mississippi Physicians LLP.

8. Plaintiff has no account with and never received services from Mississippi Physicians LLP.

9. Plaintiff via counsel wrote EOS via fax and email disputing the alleged debt as invalid.

10. Plaintiff via counsel demanded EOS to cease collection and credit reporting of the debt.

11. EOS has failed to cease credit reporting of the debt, thus, also not ceasing collection of it.

12. EOS has not reported to consumer reporting agencies that the alleged debt is disputed.

13. EOS' conduct has harmed Plaintiff's creditworthiness, caused credit denials, and stress.

COUNT I – VIOLATIONS OF THE FDCPA

14. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 13 above.

15.   EOS has violated 15 U.S.C. § 1692e(2), 15 U.S.C. § 1692e(8), and 15 U.S.C. § 1692f(1).

WHEREFORE, Plaintiff SHERRON M. WILSON respectfully requests a trial by jury on all triable issues and entry of judgment in favor of Plaintiff SHERRON M. WILSON and against Defendant COLLECTO, INC. d/b/a EOS CCA awarding, to wit:

a.  Actual damages sustained by Plaintiff as a result of EOS' violation(s) of the FDCPA;

b.  Statutory damages in the amount of $1,000, or such amount as this court may allow;

c.  The costs of this action, together with reasonable attorneys' fees as determined by the court;

d.  And such other and further relief as this court may deem just, proper, and equitable.

Respectfully submitted,

Dated: January 30, 2018

s/ Brian L. Ponder
Brian L. Ponder, Esq.
BRIAN PONDER LLP
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 450-9461
Facsimile: (646) 607-9238
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFF